USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/13/19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
:
UNITED STATES OF AMERICA, :
: 1:16-cr-00656-GHW
-v- :
: 1:19-cv-05095-GHW
ROBERT GIST, :
: ORDER
Defendant. :
:
-----------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

On October 25, 2019, Mr. Gist provided the Court with a copy of his executed "Attorney-Client Privilege Waiver (Informed Consent)" form. Dkt. No. 680. Accordingly, per the Court's August 16, 2019 order, the Government must file its response to Mr. Gist's § 2255 motion by no later than December 9, 2019.

The Clerk of Court is directed to send a copy of this order to Mr. Gist by first-class and certified mail.

SO ORDERED.

Dated: November 13, 2019
New York, New York

_____
GREGORY H. WOODS
United States District Judge