USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/11/2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
   ROBERT GIST,

                               Movant,

            -against-

   UNITED STATES OF AMERICA,

                        Respondent.
-------------------------------------------------------------- X

19-CV-5095 (GHW)
16-CR-656-6 (GHW)

ORDER

GREGORY H. WOODS, United States District Judge:

On February 15, 2018, Robert Gist pleaded guilty to conspiracy to distribute and possess with the intent to distribute marijuana, in violation of 21 U.S.C. §§ 841(b)(1)(D) and 846, and witness tampering, in violation of 18 USC §§ 1512(a)(2) and 2. On May 17, 2018, the Court sentenced Mr. Gist principally to imprisonment for a term of 77 months. On May 29, 2019, Mr. Gist filed a petition for habeas corpus. Case No. 1:19-cv-05095, Dkt. No. 1. The United States filed its opposition to Mr. Gist's petition on December 10, 2019. 1:16-cr-00656, Dkt. No. 694.

The Court will hold a hearing with respect to Mr. Gist's petition on January 8, 2020 at 11:00 a.m. The Court anticipates that at that hearing it will appoint counsel to represent Mr. Gist in connection with this application as required under Rule 8(C) of the Rules Governing Section 2255 Proceedings for the United States District Courts.

The Court directs the United States to produce Mr. Gist for the hearing.

The Clerk of Court is directed to mail Mr. Gist copy of this order by first-class and certified mail.

SO ORDERED.

Dated: December 11, 2019
New York, New York

_____
GREGORY H. WOODS
United States District Judge