

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/27/2020

**MEMORANDUM ENDORSED**

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 27, 2020

<u>By ECF</u>
The Honorable Gregory H. Woods
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

      Re:    *United States v. Robert Gist*, 16 Cr. 656 (GHW)
              *Robert Gist v. United States*, 19 Civ. 5095 (GHW)

Dear Judge Woods:

      The Government writes to request the adjournment of the appointment of counsel proceeding in the above-captioned case, currently scheduled for January 28, 2020. Because Mr. Gist is serving his sentence at a Bureau of Prisons facility in Illinois, the Government requested that the United States Marshals Service ("USMS") transport and produce Mr. Gist for appearance in this District several weeks ago. Unfortunately, the Government has learned that Mr. Gist has not yet arrived in the District in time for the proceeding scheduled for January 28, 2020. The Government understands that the USMS now expects that it will take at least two more weeks for Mr. Gist to appear in the District.

As a result, the Government respectfully requests that the Court adjourn the appointment of counsel proceeding currently scheduled for January 28, 2020 to the week of February 17, 2020 or thereafter, in order to permit the USMS adequate time to produce the defendant.

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney

By: _____/s/_____
Rebekah Donaleski
Kimberly Ravener
Jilan J. Kamal
Assistant United States Attorneys
(212) 637-2192

cc: Robert Gist (*pro se*, by mail)

Application granted. The appointment of counsel proceeding is adjourned to February 20, 2020 at 3:00 p.m. in Courtroom 12C of the United States District Court for the Southern District of New York, Daniel Patrick Moynihan U.S. Courthouse at 500 Pearl Street, New York, New York, 10007. The Court directs the United States to produce Mr. Gist for the hearing. The Clerk of Court is directed to mail Mr. Gist copy of this order by first-class and certified mail. The Clerk of Court is further directed to terminate the motions pending at docket numbers 699 and 706.

SO ORDERED.

Dated: January 27, 2020
New York, New York

_____
GREGORY H. WOODS
United States District Judge