USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/18/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROBERT GIST,

          Movant,

-against-

UNITED STATES OF AMERICA,

          Respondent.

19-cv-5095-GHW

16-cr-656-6-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

    In light of COVID-19, the Court will be adjourning April 8, 2020 hearing. The Court envisions two potential adjournments: to an earlier date, possibly in early June, or to a later date after mid-July. An earlier date may require a further adjournment, however, and the Court acknowledges that the parties were hoping to hold this hearing quickly to minimize the amount of time Mr. Gist must spend in the Special Housing Unit. A later date may permit Mr. Gist to return to a facility with a Special Management Unit while he awaits his hearing.

    The parties are instructed to confer, and write the Court with their proposal no later than March 23, 2020.

SO ORDERED.

Dated:   March 18, 2020
          New York, New York

                                      GREGORY H. WOODS
                                   United States District Judge