USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/4/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROBERT GIST,

                Movant,

-against-

UNITED STATES OF AMERICA,

                Respondent.

19-cv-5095-GHW

16-cr-656-6-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

    The parties were directed to file a joint status update letter no later than May 1, 2020. The Court has not yet received that letter. The parties are directed to comply with the Court's March 22, 2020 order forthwith, and in no event any later than May 5, 2020.

SO ORDERED.

Dated:    May 4, 2020

                                                GREGORY H. WOODS
                                             United States District Judge