USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/5/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROBERT GIST,

                Movant,

-against-

UNITED STATES OF AMERICA,

                Respondent.

19-cv-5095-GHW

16-cr-656-6-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

The Court has received the parties' joint status letter. As requested, the hearing and reply date remain adjourned *sine die*. The parties are directed to file a joint status update letter no later than June 1, 2020.

SO ORDERED.

Dated:    May 5, 2020

                                                  GREGORY H. WOODS
                                              United States District Judge