USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/6/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROBERT GIST,

                Movant,

-against-

UNITED STATES OF AMERICA,

                Respondent.

19-cv-5095-GHW

16-cr-656-6-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

The Court has received the parties' November 6, 2020 letter regarding their availability for an evidentiary hearing in connection with Mr. Gist's § 2255 motion. The hearing will take place on December 8, 2020 at 9:00 a.m. in Courtroom 12C of the United States District Court for the Southern District of New York, Daniel Patrick Moynihan U.S. Courthouse at 500 Pearl Street, New York, New York, 10007.

Each of the parties is directed to submit to the Court two courtesy copies of the exhibits that it will introduce during the hearing no later than November 24, 2020. Courtesy copies should be double-sided, three-hole punched, tabbed, and placed in binders. The spines of the binders should be labeled to include the name of the case, the case number, and the nature of the materials included in the binder. The parties are also directed to mail the Court two USB drives containing all of the exhibits in separate, individually labeled and OCRed PDFs.

The Court directs the United States to produce Mr. Gist for the hearing.

The Court will hold a teleconference on November 9, 2020 at 10:00 a.m. to discuss the logistics for the upcoming evidentiary hearing. The parties are directed to use the conference call dial-in information and access code noted in the Court's Emergency Rules in Light of COVID-19,

available on the Court's website, and are specifically directed to comply with Emergency Rule 2(C).

SO ORDERED.

Dated: November 6, 2020  
New York, New York

_GREGORY H. WOODS_  
United States District Judge