USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/17/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROBERT GIST,

                Movant,

-against-

UNITED STATES OF AMERICA,

                Respondent.

19-cv-5095-GHW

16-cr-656-6-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

On November 17, 2020, the Court received Mr. Gist's letter regarding his placement in the Special Housing Unit of the Metropolitan Detention Center, Brooklyn. *See* Dkt. No. 798. The Government is directed to respond to Mr. Gist's letter by no later than November 30, 2020.

The Clerk of Court is directed to mail a copy of this order to Mr. Gist at the address provided in Dkt. No. 798.

SO ORDERED.

Dated: November 17, 2020
New York, New York

                                          GREGORY H. WOODS
                                         United States District Judge