USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/20/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROBERT GIST,

               Movant,

-against-

UNITED STATES OF AMERICA,

               Respondent.

19-cv-5095-GHW

16-cr-656-6-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

    The Court has received the Government's proposed exhibits for the December 8, 2020 hearing and reviewed the Government's November 20, 2020 letter. *See* Dkt. No. 801. In its letter, the Government informed the Court that Mr. Gist objects to the set of documents labeled as Proposed Government Exhibit 2, with the possible exception of Proposed Government Exhibit 2J. *Id.*

    The parties are directed to meet and confer regarding a potential resolution of this matter. In the event the parties are unable to agree, the Court adopts the parties' proposed briefing schedule: the Government's letter brief is due no later than November 27, 2020. Mr. Gist's response is due no later than December 4, 2020.

    SO ORDERED.

Dated: November 20, 2020

                                                   GREGORY H. WOODS
                                                United States District Judge