USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/24/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROBERT GIST,

               Movant,

-against-

UNITED STATES OF AMERICA,

               Respondent.

19-cv-5095-GHW

16-cr-656-6-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

The Court has received and reviewed the Government's November 24, 2020 letter regarding Mr. Gist's placement in the Special Housing Unit of the Metropolitan Detention Center. Dkt. No. 803. The Court will hold a teleconference on November 25, 2020 at 4:00 p.m. to discuss the possibility of a remote evidentiary hearing on December 8, 2020. The parties are directed to use the conference call dial-in information and access code noted in the Court's Emergency Rules in Light of COVID-19, available on the Court's website, and are specifically directed to comply with Emergency Rule 2(C).

SO ORDERED.

Dated: November 24, 2020

                                                   GREGORY H. WOODS
                                                  United States District Judge