USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/30/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROBERT GIST,

                        Movant,

    -against-

UNITED STATES OF AMERICA,

                        Respondent.

19-cv-5095-GHW

16-cr-656-6-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

On November 6, 2020, the Court directed the parties to submit two courtesy copies of the exhibits they intend to introduce at the December 8, 2020 evidentiary hearing by no later than November 24, 2020. Dkt. No. 795. The Court has not received Mr. Gist's proposed exhibits.

Counsel for Mr. Gist is directed to submit his proposed exhibits forthwith and in no event later than December 2, 2020. As stated in the Court's November 6, 2020 order, courtesy copies should be double-sided, three-hole punched, tabbed, and placed in binders. The spines of the binders should be labeled to include the name of the case, the case number, and the nature of the materials included in the binder. The parties were also directed to mail the Court two USB drives containing all of the exhibits in separate, individually labeled and OCRed PDFs. *See id.*

Counsel for Mr. Gist is further directed to email (1) a copy of the packing slip for the mailing containing the courtesy copies and the USB drives, and (2) electronic copies of the exhibits, to Chambers at WoodsNYSDChambers@nysd.uscourts.gov.

SO ORDERED.

Dated: November 30, 2020

                                                      GREGORY H. WOODS
                                                  United States District Judge