USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/02/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROBERT GIST,

                Movant,

-against-

UNITED STATES OF AMERICA,

                Respondent.

19-cv-5095-GHW

16-cr-656-6-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

    The Court has received and reviewed the parties' December 2, 2020 letter. Dkt. No. 814. The Court executed its December 1, 2020 order at Dkt. No. 813 before receiving the parties' submission.

    The Court will hold a teleconference on December 2, 2020 at 3:00 p.m. regarding the parties' letter. As the Court will discuss during the call, the parties have inaccurately described the Court's decision during the November 25, 2020 teleconference as denying their joint application to hold a remote hearing. In their November 24, 2020 letter, the parties requested "that the Court hold *the December 8 hearing* by videoconference." Dkt. No. 803 (emphasis added). The parties are directed to the Court's Emergency Rules in Light of COVID-19, which are available on the Court's website, for the dial-in number and other relevant instructions. The parties are specifically directed to comply with Rule 2(C) of the Court's Emergency Rules.

    SO ORDERED.

Dated: December 2, 2020

                              GREGORY H. WOODS
                              United States District Judge