USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/02/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROBERT GIST,

            Movant,

-against-

UNITED STATES OF AMERICA,

            Respondent.

19-cv-5095-GHW

16-cr-656-6-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

On December 2, 2020, the Court held a teleconference to discuss the parties' joint letter at Docket No. 814. Based on the parties' representations during that conference, the Court understands that neither party is requesting that the evidentiary hearing on Mr. Gist's § 2255 application be conducted remotely, and that both parties consent to proceeding with an in-person hearing on December 8, 2020, as scheduled. Therefore, the Court's December 1, 2020 order remains in effect. Dkt. No. 813.

    SO ORDERED.

Dated: December 2, 2020

                                            GREGORY H. WOODS
                                          United States District Judge