USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/29/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROBERT GIST,

                Movant,

-against-

UNITED STATES OF AMERICA,

                Respondent.

19-cv-5095-GHW

16-cr-656-6-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

On December 29, 2020, after receiving a response to his subpoena on the Federal Bureau of Prisons, Mr. Gist submitted additional briefing in support of his 28 U.S.C. § 2255 petition to vacate his conviction and sentence. Dkt. Nos. 844-45. Mr. Gist alleges, *inter alia*, that the Government failed to produce material exculpatory evidence, in violation of its obligations under *Brady v. Maryland*. The Government has requested leave to respond to Mr. Gist's arguments. Dkt. No. 848.

The Government is directed to respond to Mr. Gist's supplemental brief no later than January 19, 2021. The Government is further directed to provide the Court with a status update as to whether Mr. Gist has returned to his home facility in Thomson. Mr. Gist's reply to the Government's opposition is due no later than January 26, 2021.

    SO ORDERED.

Dated: December 29, 2020

                                            GREGORY H. WOODS
                                         United States District Judge