```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/31/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROBERT GIST,

                Movant,

-against-

UNITED STATES OF AMERICA,

                Respondent.

19-cv-5095-GHW

16-cr-656-6-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

    The Court will hold a teleconference on February 4, 2021 at 11:00 a.m. to discuss Mr. Gist's *Brady* claim and request for discovery. *See* Dkt. Nos. 844, 856, and 860. The parties are directed to use the conference call dial-in information and access code noted in the Court's Emergency Rules in Light of COVID-19, available on the Court's website, and are specifically directed to comply with Emergency Rule 2(C).

    SO ORDERED.

Dated: January 31, 2021

                                            GREGORY H. WOODS
                                           United States District Judge