USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/4/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROBERT GIST,

                Movant,

-against-

UNITED STATES OF AMERICA,

                Respondent.

19-cv-5095-GHW

16-cr-656-6-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

    As stated on the record during the February 4, 2021 conference, the Government is directed to confer with the Federal Bureau of Prisons ("BOP") regarding its response to Petitioner's subpoena. The Government is further directed to submit a status letter to the Court, including the expected timeline for any subsequent production by BOP, by no later than February 11, 2021.

    As stated on the record during the February 4, 2021 conference, the Government is further directed to submit its sur-reply as to whether Petitioner's *Brady* claim was timely filed, by no later than February 11, 2021.

    SO ORDERED.

Dated: February 4, 2021

                                                        GREGORY H. WOODS
                                                    United States District Judge